UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| In re:<br><br>**DAN C. HALE**<br><br>Debtor | Chapter 11<br><br>Case No. 25-20135 |
|---|---|

### PRE-STATUS REPORT

NOW COMES Dan C. Hale, Debtor in Possession in the above captioned matter (the "Debtor"), by and through his undersigned counsel, and, pursuant to 11 U.S.C. § 1188(c) and the Court's Order Setting Status Conference dated June 10, 2025 [Dkt. No. 12], hereby files this Pre-Status Report:

### Status Conference

1. This Court will hold a status conference in this Subchapter V Chapter 11 case pursuant to 11 U.S.C. § 1188(a) on **July 22, 2025**, at **09:00 AM**.

### Background

2. The Debtor filed his voluntary petition initiating this case on June 9, 2025 (the "Petition Date").

3. The Debtor owned and operated a white-water rafting operation, which he purchased in 2023. As part of the purchase, the Debtor incurred a substantial amount of debt. He also undertook renovations that required additional debt. Unfortunately, the business was not as successful as the Debtor had anticipated and was unable to maintain its debt obligations. The Debtor has been working with creditors to address the debts, but the required payments for the debts he personally guaranteed exceed his ability to pay.

4. The Debtor filed his Subchapter V Chapter 11 case for the purpose of addressing the debts resulting from the business and reorganizing his financial affairs.

## Summary of Debts

5. The Debtor has the following fully or partially secured creditors, as included in the Debtor's Schedule D at Dkt. No. 1:

| Secured Creditor | Claim Amount |
|---|---|
| Shellpoint Mortgage Servicing (first priority mortgage lien; secured by Debtor's residence) | $539,855.00 |
| Camden National Bank (second priority mortgage lien; secured by Debtor's residence) | $147,758.18 |
| Camden National Bank (first priority mortgage lien; secured by Debtor's property in West Forks, Maine) | $69,012.01 |
| Bank of America (secured by vehicle) | $50,007.00 |

6. The Debtor has unsecured debt in the total amount of $904,652.11, as reflected in the Debtor's Amended Schedule D and Schedule E/F.

## Significant Events in the Case

7. The sole First Day Motion filed by the Debtor was an Application to Employ Tanya Sambatakos and Molleur Law Office as Attorney for Debtors [Dkt. No. 5].

8. On June 12, 2025, the United States Trustee filed its Notice of Appointment of Subchapter V Trustee [Dkt. No. 15], appointing James S. LaMontagne, Esq., as Subchapter V Trustee in this case.

9. The Meeting of Creditors pursuant to Bankruptcy Code section 341(a) will be held telephonically on July 14, 2025, at 1:00 PM.

### Status of Debtor's Plan of Reorganization

10. Pursuant to Bankruptcy Code section 1189(b), the Debtor's plan of reorganization (the "Plan") is due on or before September 8, 2025. The Debtor anticipates filing his Plan using Official Form 425A and does not anticipate filing a separate disclosure statement. The Debtor does not foresee any issues with meeting the Plan filing deadline.

11. The Debtor anticipates that the plan will provide that the Debtor will continue making regular payments as contractually due to the following creditors: Shellpoint on account of its secured first mortgage lien on the Debtor's residence; Camden National Bank on account of its secured second mortgage lien on Debtor's residence; Camden National Bank on account of its secured first mortgage lien on Debtor's real estate in West Forks, Maine and Bank of America on account of its secured loan on Debtor's vehicle. As of the Petition Date, the Debtor was current on all secured loans.

12. The Debtor expects to work with the Subchapter V Trustee to address creditor concerns as they arise.

13. The Debtor believes that he will be able to propose a Plan to which his creditors will consent. In the event, however, that the Plan cannot be confirmed consensually, the Debtor anticipates proposing a Plan that may be confirmed in accordance with the provisions of Subchapter V despite any objections thereto.

Dated: July 7, 2025                                   Dan C. Hale

                                                                                           BY:  */s/ Tanya Sambatakos*
                                                                                          Tanya Sambatakos, Esq.
                                                                                          Molleur Law Office
                                                                                          190 Main Street, 3rd fl
                                                                                          Saco, ME 04072
                                                                                          (207) 283-3777
                                                                                          tanya@molleurlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**DAN C. HALE**

Debtor

Chapter 11

Case No. 25-20135

## CERTIFICATE OF SERVICE

I, Deana Kariotis, hereby certify that I am over eighteen years old and caused a true and correct copy of Pre-Status Report to be served on the parties at the addresses set forth on the Service List attached hereto either electronically on July 7, 2025, or via first class U.S. Mail, postage prepaid, on July 7, 2025.

Dated:  July 7, 2025                            Dan C. Hale

By: */s/ Deana Kariotis*
Deana Kariotis
Molleur Law Office
190 Main St., 3rd Floor
Saco, ME 04072
207-283-3777
deana@molleurlaw.com

**SERVICE LIST**

**Served electronically:**

Office of U.S. Trustee
Subchapter V Trustee
All parties on Court ECF mailing list